FEBRUARY 17, 1960.

No. ——. CHESSMAN *v.* DICKSON, WARDEN. The motion for leave to file a petition for writ of habeas corpus is denied. THE CHIEF JUSTICE took no part in the consideration or decision of this application. *Rosalie S. Asher* for petitioner.

FEBRUARY 23, 1960.

No. 639, Misc. CONNOLLY *v.* SETTLE, WARDEN; and

No. 664, Misc. HIAN *v.* SETTLE, WARDEN. Motions for leave to file petitions for writs of habeas corpus and for other relief denied.